IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LACY M. ROBLES,

Plaintiff,

vs.

HIGHSTREET INSURANCE SERVICES CENTRAL, INC., d/b/a HIGHSTREET INSURANCE & FINANCIAL SERVICES,

Defendant.

4:26-CV-3346

RECUSAL ORDER

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 22nd day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge